UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOYCE EDGELL, | ) | CASE NO. 5:19CV2398 |
| Plaintiff, | ) ) ) | JUDGE JOHN R. ADAMS |
| -vs- | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | MEMORANDUM OF OPINION AND ORDER |
| Defendant. | ) ) | |

On July 15, 2020, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 14) recommending that the Court AFFIRM the Commissioner's decision.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. No objections have been filed. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby AFFRIMED.

IT IS SO ORDERED. Dated:

  September 22, 2020                             /s/ John R. Adams
                                                          JOHN R. ADAMS
                                                          UNITED STATES DISTRICT JUDGE